JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL TORRES BALADRON,<br><br>      Petitioner,<br><br>      v.<br><br>SENIOR WARDEN, ADELANTO<br>DETENTION FACILITY, et al.,<br><br>      Respondents. | Case No.  5:26-cv-01584-JWH-ACCV<br><br>**JUDGMENT** |

Pursuant to the Order Granting the Petition,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  May 18, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE